MARYLAND CASUALTY COMPANY, Appellant, *v.* JOHN A. ROEBLING'S SONS COMPANY OF NEW YORK, Respondent, Impleaded with Another.

(Submitted February 25, 1935; decided March 5, 1935.)

*Thomas J. Meehan, Jr.,* for motion.

*Irving J. Seaver* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.

ANNA COLT, Appellant, *v.* JACK COLT, Respondent.

(Submitted February 25, 1935; decided March 5, 1935.)

*Irving Aaron* for motion.

*Jesse A. Bacharach* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.